# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00390-CR
### NO. 03-13-00391-CR
### NO. 03-13-00392-CR

**Andria Stanley, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT**
**NOS. D-1-DC-12-300267, D-1-DC-12-300754, & D-1-DC-12-300755**
**THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief in these appeals was originally due October 28, 2013. In response to a notice that the brief is overdue, appellant's attorney, Alexander Calhoun, filed a motion requesting an extension of time to file the brief. The motion was granted, making the brief due January 16, 2014. No brief was filed. This Court again sent a notice that the brief is overdue. In response to that second notice, counsel again filed a motion requesting an extension of time to file the brief. That motion was granted, making the brief due March 21, 2014, and counsel was advised that no further extensions would be granted. To date, no brief has been filed.

These appeals are abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute these appeals and, if so, whether

counsel has abandoned the appeals. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in these appeals. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than May 23, 2014. *See* Tex. R. App. P. 38.8(b)(3).

It is so ordered on this the 24th day of April, 2014.


Before Chief Justice Jones, Justices Pemberton and Rose

Abated and Remanded

Filed: April 24, 2014

Do Not Publish